UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| WALL007 LLC, | ) | |
| | ) | 20-31131-HDH7 |
| Debtor. | ) | |
| ------------------------------------------------------- | ) | |
| JUN LI, ET AL., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:21-CV-0781-G |
| WALL007 LLC, ET AL., | ) | |
| | ) | |
| Appellees. | ) | |

**ORDER OF TRANSFER**

This case is hereby **TRANSFERRED** to the docket of the **Honorable Brantley Starr**. All future pleadings shall subsequently be filed under case No. **3:21-CV-0781-X**.

**SO ORDERED.**

April 19, 2021.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**