UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUN LI, et al., | § | |
| | § | |
| *Appellants*, | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-00781-X |
| | § | |
| WALL007 LLC, et al., | § | |
| | § | |
| *Appellees*. | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE APPEALS**

After considering the *Unopposed Motion to Consolidate Cases/Appeals* [Doc. No. 13], the Court **GRANTS** the motion and consolidates Case No. 3:21-CV-29-X with Case No. 3:21-CV-781-X. The Court **ORDERS** that these appeals be merged into one case under Case No. 3:21-CV-29-X and that all future filings be under Case No. 3:21-CV-29-X.

**IT IS SO ORDERED** this 21st day of April 2021.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE